**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JERRY CONLEY and GEORGETTA CONLEY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WELLS FARGO, et al.,<br><br>　　　　Defendants. | 2:11-CV-1415 JCM (LRL) |

### ORDER

Presently before the court is the report and recommendation of Magistrate Judge George Foley, Jr (doc. #7) regarding plaintiff's motion to proceed in forma pauperis (doc. #3). No objections have been filed.

Upon review of the magistrate judge's recommendation and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the report and recommendation of Magistrate Judge George Foley, Jr (doc. #7) regarding the plaintiff's motion to proceed in forma pauperis (doc. #3) be, and the same hereby is, AFFIRMED in its entirety.

IT IS THEREFORE ORDERED that plaintiff's motion to proceed in forma pauperis (doc. #3) be, and the same hereby is, DENIED.

DATED October 31, 2011.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE